Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59289.**—Durlacher & Co., Inc. *v.* United States, protests 188749–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59290.**—Zado Goldenberg & Co. *v.* United States, protests 191000–K, etc. San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59291.**—Durlacher & Co., Inc. *v.* United States, protests 216058–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59292.**—Herzman Scarfs, Inc., et al. *v.* United States, protests 256591–K, etc. (New York).